## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EDGARDO L. VERA-LÓPEZ,<br><br>**Plaintiff**,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, represented by HON. DOMINGO EMANUELLI; its agency FORENSIC SCIENCE BUREAU; DR. MARIA CONTE; WANDA CANDELARIA-AROCHO; MÓNICA MENÉNDEZ; BRENDA FORTY; DR. BEATRIZ ZAYAS; HÉCTOR FIGUEROA; JOHN DOE; DR. CARLOS CHÁVEZ; RICHARD ROE; and their respective insurance companies,<br><br>**Defendants.** | **CIVIL NO. 23-1168 (RAM)** |

**JUDGMENT**

In accordance with the Opinion and Order entered today (Docket No. 57), Judgment is entered **DISMISSING** this action **WITH PREJUDICE** as to the malicious prosecution, ADA, Title VII, and section 1983 and 1985 claims and **DISMISSING** this action **WITHOUT PREJUDICE** as to the Due Process claims and the supplemental claims under Puerto Rico law.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 26th day of August 2024.

s/Raúl M. Arias-Marxuach
UNITED STATES DISTRICT JUDGE